**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ **OCT 25 2017** ★

**BROOKLYN OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHIVA STEIN, | : |
|             Plaintiff, | : |
| | : Civil Action No. 17-cv-05343-JBW-LB |
|    - against - | : |
| | : |
| MEDTRONIC PLC, | : |
|             Defendant. | : |
| | : |
| MORRIS AKERMAN, | : |
|             Plaintiff, | : |
| | : |
|    - against - | : Civil Action No. 17-CV-5372-JBW-LB |
| | : |
| MEDTRONIC PLC, | : |
|             Defendant. | : |

**[PROPOSED] JUDGMENT**

    Judgment, entered this day, dismissing the above-captioned actions for the reasons that follow:

    A.  The Court finds that the actions taken by Defendant have provided the relief requested by the Plaintiffs, and the actions are hereby consolidated and dismissed as moot.

    B.  The Court approves as reasonable attorneys' fees, costs, and expenses in the amount of $200,000 in full satisfaction of any claim Plaintiffs' attorneys may have for attorneys' fees, costs, and expenses.

    C.  The Clerk of the Court is hereby directed to close the above-captioned cases.

DATED:    Brooklyn, New York

ENTERED:    __10/23/17__

_____
Jack B. Weinstein, United States District Judge

